**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| NATHAN SILVA, Derivatively on Behalf of Nominal Defendant HUMANA INC., <br><br> Plaintiff, <br><br> v. <br><br> BRUCE D. BROUSSARD, KURT J. HILZINGER, RAQUEL C. BONO, FRANK A. D'AMELIO, DAVID T. FEINBERG, WAYNE A.I. FREDERICK, JOHN W. GARRATT, KAREN W. KATZ, MARCY S. KLEVORN, JORGE S. MESQUITA, BRAD D. SMITH, and SUSAN M. DIAMOND, <br><br> Defendants, <br><br> and <br><br> HUMANA INC., <br><br> Nominal Defendant. | Case No. 3:24-cv-00418-RGJ |

**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY
DISMISSAL PURSUANT TO FED. R. CIV. P. 23.1 AND 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that plaintiff Nathan Silva ("Silva"), by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned shareholder derivative action (the "*Silva* Action") brought on behalf of the Nominal Defendant Humana Inc. ("Humana") against Defendants Bruce D. Broussard, Kurt J. Hilzinger, Raquel C. Bono, Frank A. D'amelio, David T. Feinberg, Wayne A.I. Frederick, John W. Garratt, Karen W. Katz, Marcy S. Klevorn, Jorge S. Mesquita, Brad D. Smith, and Susan M. Diamond (collectively, with Nominal Defendant Humana, "Defendants" and with Silva, the "Parties"), pursuant to Rules 23.1 and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Defendants have filed neither an answer nor a motion for summary judgment in the Action, and neither Silva nor his counsel have received or been promised any consideration in exchange for the dismissal. Silva respectfully submits that he should be relieved of the notice requirement of Fed. R. Civ. P. 21.1(c) because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any Party or their counsel in connection with the voluntary dismissal; (iv) other shareholder derivative actions brought on behalf of Humana, *Spikes v. Broussard, et al.*, Case No. 3:24-cv-00590-RGJ (W.D. Ky.); *Noble v. Broussard, et al.*, Case No. 3:24-cv-0063-RGJ (W.D. Ky.); and *Combs v. Broussard, et al.*, Case No. 3:25-cv-00171-RGJ (W.D. Ky.), which involve substantially the same allegations, claims, and defendants as those involved in the *Silva* Action, will proceed in this Court as the consolidated action *In re Humana Shareholder Derivative Action*, Civil Action No. 3:24-cv-418-RGJ (W.D. Ky.) (ECF No. 45), and, therefore, voluntary dismissal of the *Silva* Action will not prejudice Humana shareholders or impact Humana's ability to obtain the relief sought in the consolidated derivative action; and (v) Defendants will not suffer any prejudice from the voluntary dismissal of the *Silva* Action.

Accordingly, Silva respectfully requests that: (i) the *Silva* Action be voluntarily dismissed without prejudice pursuant to Rules 23.1 and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: and (ii) that Silva be relieved of the notice requirement of Fed. R. Civ. P. 23.1(c).

Dated: October 9, 2025

**THE SKEES LAW OFFICE**

By:  */s/ W. Edward Skees*
W. Edward Skees
Kentucky Bar No. 87963
415 W. 1st Street
New Albany, IN 47150
Telephone: (812) 944-9990
Email: ed@skeeslegal.com

2

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall (admitted *pro hac vice)*
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Attorneys for Plaintiff Nathan Silva*

**IT IS SO ORDERED** this _____ day of _____, 2025.


_____
THE HONRABLE REBECCA GRADY JENNINGS
UNITED STATES DISTRICT JUDGE

3