**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE HUMANA SHAREHOLDER DERIVATIVE ACTION | Case No. 3:24-cv-00418-RGJ<br>*Electronically Filed* |

**ORDER GRANTING MOTION TO**
**WITHDRAW AS ATTORNEY OF RECORD FOR NATHAN SILVA**

This matter having come before the Court on the Motion to Withdraw as Attorney of Record for Nathan Silva (the "Motion") in the above-captioned action (the "Action") pursuant to LR 83.6 of the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky, and the Court having considered the Motion, the Declaration of Timothy J. MacFall in Support of the Motion to Withdraw as Attorney of Record for Nathan Silva, as well as all other relevant pleadings in the Action, and finding good cause exists therefor:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Timothy J. MacFall is withdrawn as attorney of record for Nathan Silva in the Action pursuant to LR 83.6.

Dated:

_____
HON. REBECCA GRADY JENNINGS
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel of record, and I served Nathan Silva by U.S. First Class Mail by placing the foregoing document in a postage-paid envelope addressed to:

> Nathan Silva
> c/o Rigrodsky Law, P.A.
> 225 Broadway
> Suite 3707
> New York, NY 10007

> */s/ Timothy J. MacFall*
> Timothy J. MacFall

2